IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN J. McCARTHY, :
:
    Plaintiff :
: CIVIL NO. 1:CV-16-0331
  vs. :
: (Judge Caldwell)
WARDEN EBBERT, *et al.*, :
:
    Defendants :

*O R D E R*

And now, this 24th day of April, 2017, in accordance with the accompanying memorandum, it is ORDERED that:

    1. Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 5) is construed as a motion to proceed without full prepayment of fees and costs, and is GRANTED.

    2. Plaintiff's claims against the sole named defendant, Warden Ebbert, are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for which relief can be granted.

    3. Within twenty-one (21) days from the date of this order, Plaintiff may file a second amended complaint in this action in accordance with the foregoing Memorandum.

    4. The Clerk of Court shall forward to Plaintiff two (2) copies of this Court's prisoner civil-rights complaint form which Plaintiff shall use in preparing any second amended complaint he may file.

    5. Failure to file a second amended complaint as directed within the required time will result in this action being dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons set forth in the accompanying Memorandum.

                                        /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge